UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-3030-JFW(AGRx)** | Date: June 18, 2020 |
| Title: | Darrell Kroeger -v- Vertex Aerospace LLC, et al. | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) AND 12(b)(6) [filed 4/29/20; Docket No. 19]; and

ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR REMAND [filed 5/22/20; Docket No. 37]

    Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) and Plaintiff's Motion for Remand are currently on calendar for June 22, 2020, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for June 22, 2020 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.