1  Michele Haydel Gehrke (SBN 215647)
   Email:    mgehrke@reedsmith.com
2  Brian K. Morris (SBN 281409)
   Email:    bmorris@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA  94105-3659
5  Telephone: +1 415 543 8700
   Facsimile:  +1 415 391 8269

   Attorneys for Defendants
7  VERTEX AEROSPACE LLC (formerly known as
   L3 COMMUNICATIONS VERTEX AEROSPACE, LLC
8  and erroneously sued as L3 TECHNOLOGIES, INC.);
   PATRICK K. BANTILAN; PAUL SICHENZIA

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL KROEGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>L3 TECHNOLOGIES, a corporation; PATRICK BANTILAN, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-03030-JFW-AGRx<br><br>**JOINT  JUDGMENT** |

Pursuant to the Court's June 30, 2020 Minute Order granting Vertex Aerospace LLC's (formerly known as L3 Communications Vertex Aerospace, LLC and erroneously sued as L3 Technologies, Inc.), Patrick K. Bantilan's, and Paul Sichenzia's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6); and denying Darrell Kroeger's ("Plaintiff") Motion for Remand (dkt. no. 46), it is hereby **ORDERED, ADJUDGED, and DECREED** and the Court enters judgment as follows:

1. Plaintiff's Motion for Remand (dkt. no. 37) is **DENIED**.
2. The Court **GRANTS** Defendants' Motion to Dismiss (dkt. no. 19) in its entirety.
3. Plaintiff's First Amended Complaint and all causes of action therein are hereby **DISMISSED WITH PREJUDICE** and **WITHOUT LEAVE TO AMEND**.
4. The Court enters judgment in favor of Defendants and against Plaintiff.
5. Defendants may seek to recover costs and attorneys' fees to the extent allowed by applicable law in accordance with the rules of this Court.

**IT IS SO ORDERED**

Dated: July 9, 2020

_____
Hon. John F. Walter
UNITED STATES DISTRICT COURT